**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Six Brothers Concrete Pumping, LLC and Joseph Lowry v. Martin Tomczak

Appellate case number:   01-21-00161-CV

Trial court case number: 2021-07817

Trial court:             333rd District Court of Harris County

  Appellants Six Brothers Concrete Pumping, LLC and Joseph Lowry filed a motion for rehearing from our August 2, 2022 opinion. The Court requests a response to the motion. Appellee, Martin Tomczak, is **ordered** to file a response to the motion for rehearing, which is **due on November 1, 2022**.


  It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
    ☑ Acting individually  ☐ Acting for the Court


Date:   __October 18, 2022____